UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS W. DODSON,          )<br>          Plaintiff,          )<br>                                        )<br>     vs.                                 )<br>                                        )<br>STAPLES, INC.,                     )<br>          Defendant.          ) | 1:05-cv-1236-SEB-JPG |

## **JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date:   12/20/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kevin W. Betz
BETZ & ASSOCIATES
kbetz@betzadvocates.com

Emery King Harlan
GONZALEZ SAGGIO HARLAN
emery_harlan@gshllp.com

Elizabeth Ann Mallov
BETZ & ASSOCIATES
emallov@betzadvocates.com

Miriam A. Rich
GONZALEZ SAGGIO & HARLAN, LLP
richm@gshllp.com

Alejandro Valle
GONZALEZ SAGGIO & HARLAN LLP
alejandro_valle@gshllp.com